**K. O. Satterfield, Petitioner-Appellant, v. Fairfield Drainage District No. 2 of Fairfield Township, Bureau County, and Henry Brandau et al.**

**Gen. No. 11,106.**

Second District, First Division.

November 1, 1957.

Released for publication November 21, 1957.

Robert H. White, for appellant; L. D. SPAULDING, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.